Roger L. Grandgenett II, Esq.
Bar No. 6323
Kelsey E. Stegall, Esq.
Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:    702.862.8800
Fax No.:         702.862.8811
Email:            rgrandgenett@littler.com
                     kstegall@littler.com

Attorneys for Defendant
PENN ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY HEIDENREICH, an individual<br><br>Plaintiff,<br><br>v.<br><br>PENN ENTERTAINMENT, INC, a Delaware corporation; DOES 1-10, business entities, forms unknown; DOES 11-20, individuals; and DOES 21-30, inclusive,<br><br>Defendant. | Case No. 2:24-CV-02287-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff ASHLEY HEIDENREICH ("Plaintiff") and Defendant PENN ENTERTAINMENT, INC. ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of January 14, 2025, up to and including **January 28, 2025.**

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained and in light of the recent holidays.  The additional time will allow defense counsel to conduct an investigation into the allegations and to prepare a response to the Complaint.

/ / /

/ / /

/ / /

4925-2697-5757

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: January 8, 2025

Respectfully submitted,

/s/ Alexander M.P. Perry
ALEXANDER M. P. PERRY, ESQ.
CHAMPION LAW FIRM, PLLC

*Attorney for Plaintiff*
ASHLEY HEIDENREICH

Dated: January 8, 2025

Respectfully submitted,

ROGER L. GRANDGENETT II, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
PENN ENTERTAINMENT, INC

Dated: January 8, 2025

/s/ John B. Lanning
MARK H. HUTCHINGS, ESQ.
JOHN B. LANNING, ESQ.
HUTCHINS LAW GROUP

*Attorney for Plaintiff*
ASHLEY HEIDENREICH

**IT IS SO ORDERED.**

Dated: 1/10/2025

UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

4925-2697-5757