Roger L. Grandgenett II, Esq.
Nevada Bar No. 6323
Kelsey E. Stegall, Esq.
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
rgrandgenett@littler.com
kstegall@littler.com

Attorneys for Defendants
PENN ENTERTAINMENT, INC.; PENN TENANT, LLC; and LVGV, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY HEIDENREICH, an individual<br><br>Plaintiff,<br><br>v.<br><br>PENN ENTERTAINMENT, INC, a Delaware corporation; PENN TENANT, LLC, a Delaware limited liability company; LVGV, LLC, a Delaware limited liability company; DOES 1-10, business entities, forms unknown; DOES 11-20, individuals; and DOES 21-30, inclusive,<br><br>Defendant. | Case No. 2:24-CV-02287-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff ASHLEY HEIDENREICH ("Plaintiff") and Defendants PENN ENTERTAINMENT, INC.; PENN TENANT, LLC; and LVGV, LLC (collectively "Defendants"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendants to file a response to the First Amended Complaint from the current deadline of February 25, 2025, up to and including **March 4, 2025.**

The requested extension is necessary in light of the fact that new allegations and parties were added to the Amended Complaint, and Defendants need additional time to evaluate the allegations against the added parties. The additional time will also allow Defendants to prepare an appropriate response to the Amended Complaint.

4900-7253-5837 / 047363.1173

This is the first request for an extension of time to respond to the First Amended Complaint.

This request is made in good faith and not for the purpose of delay.

Dated: February 20, 2025

Respectfully submitted,

*Alexander M.P. Perry*
ALEXANDER M.P. PERRY, ESQ.
CHAMPION LAW FIRM, PLLC

*Attorney for Plaintiff*
ASHLEY HEIDENREICH

Dated: February 20, 2025

Respectfully submitted,

*/s/ Mark H. Hutchings*
MARK H. HUTCHINGS, ESQ.
JOHN B. LANNING, ESQ.
HUTCHINGS LAW GROUP

*Attorney for Plaintiff*
ASHLEY HEIDENREICH

Dated: February 20, 2025

Respectfully submitted,

ROGER GRANDGENETT, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendants*
PENN ENTERTAINMENT, INC.; PENN TENANT, LLC; and LVGV, LLC

**IT IS SO ORDERED**

**DATED:** 10:56 am, February 21, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2

4900-7253-5837 / 047363.1173