Mark H. Hutchings, Esq.
Nevada Bar No. 12783
John B. Lanning, Esq.
Nevada Bar No. 15585
**HUTCHINGS LAW GROUP**
400 S. 4th St., Suite 550
Las Vegas, Nevada 89101
Telephone: (702) 660-7700
Facsimile: (702) 552-5202
MHutchings@HutchingsLawGroup.com
John@HutchingsLawGroup.com

Alexander M. P. Perry, Esq.
Nevada Bar No. 14749
**CHAMPION LAW FIRM, PLLC**
8965 S. Eastern Ave., Suite 120-I
Las Vegas, Nevada 89123
Telephone: (702) 560-5623
Alex@ChampLawFirm.com

*Attorneys for plaintiff Ashley Heidenreich*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF NEVADA
### LAS VEGAS DIVISION

| | |
|---|---|
| ASHLEY HEIDENREICH, an individual<br><br>Plaintiff,<br><br>v.<br><br>PENN ENTERTAINMENT, INC, a Delaware corporation; PENN TENANT, LLC, a Delaware limited liability company; LVGV, LLC, a Delaware limited liability company; DOES 1-10, business entities, forms unknown; DOES 11-20, individuals; and DOES 21-30, inclusive,<br><br>Defendant. | Case No. 2:24-CV-02287-BNW<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND EXTENDING DEFENDANTS' TIME TO FILE A REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

PLEASE TAKE NOTICE that the Parties, Plaintiff ASHLEY HEIDENREICH ("Plaintiff"), by and through her counsel of record, Mark H. Hutchings, Esq. and John B. Lanning, Esq. of HUTCHINGS LAW GROUP and Defendants PENN ENTERTAINMENT, INC ("Penn Entertainment"), PENN TENANT, LLC ("Penn Tenant'), and LVGV, LLC ("LVGV"), (collectively, "Defendants"), by and through their counsel of record, Kelsey E. Stegall, Esq. of LITTLER

MENDELSON, P.C. hereby stipulate and agree as follows:

1. On March 4, 2025, Defendants filed their Motion to Dismiss Amended Complaint (ECF No. 20).
2. A Response is currently due from Plaintiff on March 18, 2025.
3. Defendants have agreed to extend the deadline for Plaintiff to file a Response to the Motion to Dismiss Amended Complaint up to and including April 1, 2025.
4. Parties have agreed to extend the deadline for Defendants to file a Reply in Support of Motion to Dismiss Amended Complaint up to and including April 15, 2025.
5. This is the first stipulation of time for Plaintiff to respond to Defendants' Motion to Dismiss Amended Complaint (ECF No. 20).

IT IS SO STIPULATED.

| Submitted by: | Approved at to content by: |
|---|---|
| Dated this 17th day of March, 2025 | Dated this 17th day of March, 2025 |
| **HUTCHINGS LAW GROUP** | **LITTLER MENDELSON, P.C.** |
| By: */s/ Mark H. Hutchings* | By:*/s/ Kelsey E. Stegall* |
| Mark H. Hutchings, Esq.<br>Nevada Bar No. 12783<br>John B. Lanning, Esq.<br>Nevada Bar No. 15585<br>400 S. 4th St., Suite 550<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiffs* | Roger L. Grandgenett II, Esq.<br>Nevada Bar No. 6323<br>Kelsey E. Stegall, Esq.<br>Nevada Bar No. 14279<br>3960 Howard Hughes Parkway,<br>Suite 300<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendants* |

CHAMPION LAW FIRM, PLLC

*/s/ Alexander M.P. Perry*
_____
Alexander M.P. Perry, Esq.
Nevada Bar No. 14749
8965 S. Eastern Ave., Suite 120-I
Las Vegas, Nevada 89123
Telephone: (702) 560-5623

HUTCHINGS LAW GROUP
400 SOUTH 4TH STREET, SUITE 550
LAS VEGAS, NV 89101

**STIPULATION AND ORDER EXTENDING PLAINTIFFS' TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND EXTENDING DEFENDANTS' TIME TO FILE A REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (FIRST REQUEST)**

## ORDER

IT IS SO ORDERED.

Dated: 3/19/2025

_____
UNITED STATES MAGISTRATE JUDGE

HUTCHINGS LAW GROUP
400 SOUTH 4TH STREET, SUITE 550
LAS VEGAS, NV 89101

**STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING TO DEFENDANTS' MOTION TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE, TO DISMISS AND STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT, AND SUPPORTING MEMORANDUM OF POINTS & AUTHORITIES (FIRST REQUEST)**