Roger L. Grandgenett II, Esq.
Nevada Bar No. 6323
Kelsey E. Stegall, Esq.
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
rgrandgenett@littler.com
kstegall@littler.com

Attorneys for Defendants
PENN ENTERTAINMENT, INC.; PENN TENANT, LLC; and LVGV, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY HEIDENREICH, an individual<br><br>Plaintiff,<br><br>v.<br><br>PENN ENTERTAINMENT, INC, a Delaware corporation; PENN TENANT, LLC, a Delaware limited liability company; LVGV, LLC, a Delaware limited liability company; DOES 1-10, business entities, forms unknown; DOES 11-20, individuals; and DOES 21-30, inclusive,<br><br>Defendant. | Case No. 2:24-CV-02287-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE EARLY NEUTRAL EVALUATION** |

Plaintiff ASHLEY HEIDENREICH ("Plaintiff") and Defendants PENN ENTERTAINMENT, INC.; PENN TENANT, LLC; and LVGV, LLC (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate and agree to vacate the date for the Early Neutral Evaluation ("ENE") Session presently scheduled for Wednesday, May 14, 2025 at 9:00 a.m. before Honorable Magistrate Judge Elayna J. Youchah (Doc. #19).

The reason for this request is that Defendants' representative recently had a business conflict arise on the currently scheduled ENE date and is unable to attend on that date. Because of this, the parties stipulate that the ENE be rescheduled to one of the following three (3) dates or a date convenient for the Court:

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

4915-7771-6774 / 047363.1173

- May 6, 2025
- May 12, 2025
- May 16, 2025

The parties further request that the deadline for the confidential written evaluation statement be moved to one week prior to the new date of the ENE Session.

This extension is sought in good faith and not for the purpose of undue delay.

Dated: March 19, 2025

Respectfully submitted,

*/s/ Alexander M.P. Perry*
ALEXANDER M.P. PERRY, ESQ.
CHAMPION LAW FIRM, PLLC

*Attorney for Plaintiff*
ASHLEY HEIDENREICH

Dated: March 19, 2025

Respectfully submitted,

ROGER GRANDGENETT, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendants*
PENN ENTERTAINMENT, INC.; PENN TENANT, LLC; and LVGV, LLC

Dated: March 19, 2025

Respectfully submitted,

*/s/ John B. Lanning*
MARK H. HUTCHINGS, ESQ.
JOHN B. LANNING, ESQ.
HUTCHINGS LAW GROUP

*Attorney for Plaintiff*
ASHLEY HEIDENREICH

IT IS HEREBY ORDERED that the Stipulation to Continue the Early Neutral Evaluation (ECF No. 25) is GRANTED.

IT IS FURTHER ORDERED that the Early Neutral Evaluation set for May 14, 2025 is vacated and rescheduled to **June 24, 2025 at 9:00 a.m.** The parties' confidential Early Neutral Evaluation statements are due in chambers by **3:00 p.m. on June 17, 2025**. Except as stated herein, the prior terms of the January 29, 2025 Order (ECF No. 13) remain in full force and effect.

U.S. MAGISTRATE JUDGE

Date: March 20, 2025