| | |
|---|---|
| 1 | Roger L. Grandgenett II, Esq. |
| | Nevada Bar No. 6323 |
| 2 | Kelsey E. Stegall, Esq. |
| | Nevada Bar No. 14279 |
| 3 | LITTLER MENDELSON, P.C. |
| | 8474 Rozita Lee Avenue |
| 4 | Suite 200 |
| | Las Vegas, NV 89113-4770 |
| 5 | Telephone:    702.862.8800 |
| | Fax No.:         702.862.8811 |
| 6 | rgrandgenett@littler.com |
| | kstegall@littler.com |

Attorneys for Defendants
PENN ENTERTAINMENT, INC.;
PENN TENANT, LLC; and LVGV, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY HEIDENREICH, an individual | Case No. 2:24-CV-02287-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |
| v. | |
| PENN ENTERTAINMENT, INC, a Delaware corporation; PENN TENANT, LLC, a Delaware limited liability company; LVGV, LLC, a Delaware limited liability company; DOES 1-10, business entities, forms unknown; DOES 11-20, individuals; and DOES 21-30, inclusive, | |
| Defendants. | |

Plaintiff ASHLEY HEIDENREICH ("Plaintiff") and Defendants PENN ENTERTAINMENT, INC.; PENN TENANT, LLC; and LVGV, LLC (jointly referred to as "Defendants"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

/ / /

/ / /

/ / /

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: July 29, 2025

Respectfully submitted,

*/s/ Mark H. Hutchings, Esq.*
MARK H. HUTCHINGS, ESQ.
JOHN B. LANNING, ESQ.
HUTCHINS LAW GROUP

ALEXANDER M. P. PERRY, ESQ.
CHAMPION LAW FIRM, PLLC

Attorneys for Plaintiff
ASHLEY HEIDENREICH

Dated: July 29, 2025

Respectfully submitted,

*/s/ Kelsey Stegall, Esq.*
ROGER GRANDGENETT, II
KELSEY STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
PENN ENTERTAINMENT, INC.;
PENN TENANT, LLC; and LVGV, LLC

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Date: 7/31/2025

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113
702.862.8800

4906-1126-2293 / 047363.1173